| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF COLORADO |
| Case number *(if known)* _____  Chapter **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | **The Lost Cajun Enterprises, LLC** |
|---|---|---|
| 2. | All other names debtor used in the last 8 years  Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **46-1473503** |

| 4. | Debtor's address | **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|---|---|
| | | **204 Main St.**  **Frisco, CO 80443**  Number, Street, City, State & ZIP Code | **PO Box 1818**  **Frisco, CO 80443**  P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Summit**  County | **Location of principal assets, if different from principal place of business**  _____  Number, Street, City, State & ZIP Code |

| 5. | Debtor's website (URL) | |
|---|---|---|
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ |

Debtor **The Lost Cajun Enterprises, LLC**     Case number (*if known*) _____
      Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   **6794**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check **all** that apply*:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- ■ No.
- ☐ Yes.

If more than 2 cases, attach a separate list.

| District | When | Case number |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☐ No
- ■ Yes.

List all cases. If more than 1, attach a separate list

Debtor **The Lost Cajun Spice Company, LLC**     Relationship **affiliate**
District **Colorado**     When **4/21/21**     Case number, if known _____

Debtor    **The Lost Cajun Enterprises, LLC**                                    Case number (*if known*)
          Name

Debtor  **The Lost Cajun Enterprises, LLC**  Case number (*if known*) _____
     Name

**11. Why is the case filed in *this district*?**  *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)
    - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
        What is the hazard? _____
    - ☐ It needs to be physically secured or protected from the weather.
    - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
    - ☐ Other _____

    **Where is the property?** _____
    Number, Street, City, State & ZIP Code

    **Is the property insured?**
    - ☐ No
    - ☐ Yes. Insurance agency _____
        Contact name _____
        Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*
- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**
- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ■ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor **The Lost Cajun Enterprises, LLC**
Name

Case number (*if known*) _____

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **April 21, 2021**
MM / DD / YYYY

X **/s/ Raymond A. Griffin**
Signature of authorized representative of debtor

**Raymond A. Griffin**
Printed name

Title **Founder**

**18. Signature of attorney**

X **/s/ Amy M. Leitch**
Signature of attorney for debtor

Date **April 21, 2021**
MM / DD / YYYY

**Amy M. Leitch**
Printed name

**Akerman LLP**
Firm name

**50 North Laura St.
Suite 3100
Jacksonville, FL 32202**
Number, Street, City, State & ZIP Code

Contact phone **904-798-3700**     Email address **amy.leitch@akerman.com**

**46837 CO**
Bar number and State

## United States Bankruptcy Court
### District of Colorado

In re: **The Lost Cajun Enterprises, LLC**
Debtor(s)

Case No.
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Founder of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **April 21, 2021**

**/s/ Raymond A. Griffin**
**Raymond A. Griffin**/**Founder**
Signer/Title

All Valley Storage
PO Box 1334
Frisco, CO 80443

Ally
PO Box 78234
Phoenix, AZ 85062-8234

Amarillo TLC LP
2401 I-40 West Frontage Rd
Amarillo, TX 79109

American Solutions for Business
8479 Solutions Center
Chicago, IL 60677-8004

APIntegoInsurance
375 Woodcliff Dr.
Suite 103
Fairport, NY 14450

Arrow Insurance
695 Summit Blvd.
Frisco, CO 80443

Auto-Owners Insurance
PO Box 740312
Cincinnati, OH 45274-0312

Bayou Cypress Restaurants
206A North Anderson Lane
Ste 700
Hendersonville, TN 37075

Bayou Cypress Restaurants
512 Pleasant Grove Rd
Mount Juliet, TN 37122

BDK Restaurant Group. LLC
6810 Milwaukee Ave.
Ste 110 & 111
Lubbock, TX 79424


Black and Gold Enterprises, LLC
6745 S. Siwell Rd
Byram, MS 39272


BlackTip, LLC
5350 South Santa Fe Dr.
Unit F
Littleton, CO 80120


BlackTip, LLC
6105 South Main St.
Unit F-104
Aurora, CO 80016


Blessed Cajuns, LLC
721 Keller Parkway
Keller, TX 76248


Blue Cross Blue Shield of LA
PO Box 650007
Dallas, TX 75265


BNBACH1, LLC
2201 Wildcat Reserve Pwy
Bldg C-10
Highlands Ranch, CO 80129


Brian D. Hamrick, Esq.
13865 Sunrise Valley Dr.
Suite 150
Herndon, VA 20171

BV Projects LLC
411 Main St.
Breckenridge, CO 80424


Cajun Ventures, LLC
176 Town Center Parkway
Slidell, LA 70458


Colorado Department of Revenue
1375 Sherman St.
Room 504
Denver, CO 80261


FirstBank – Summit County
12345 W. Colfax Ave
Lakewood, CO 80215


FranConnect
13865 Sunrise Valley Dr.
Suite 150
Herndon, VA 20171


Gates Hospitality, LLC
3010 Gulf Freeway S.
Suite I
League City, TX 77573


HENJ Enterprises, LLC
2106 W. Lucas St.
Unit 30 & 40

Florence, SC 29501


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Jamie Web
1228 14th St.
Argyle, TX 76226

```
Joe Koen
8520 Essex St. Unit B
Denver, CO 80229


Jonathan Espey
c/o D. Christopher Carson, Esq.
Burr & Forman LLP
420 N. 20th St., Suite 3400
Birmingham, AL 35203


Just a Little Bit, Inc.
438 Pagosa St.
Suite C
Pagosa Springs, CO 81147


LEAF Capital Funding, LLC
1720A Crete St.
Moberly, MO 65270


LEAF Commercial Capital, Inc.
1720A Crete St.
Moberly, MO 65270


Lin-Mar Ent, LLC
121 Justice Center Rd
Canon City, CO 81212


Lisa & Undray Baker
8158 Day Creek Blvd # 120
Rancho Cucamonga, CA 91739


Mama's Gumbo, LLC
116 N. Main St.
Greenville, SC 29601
```

Matthew J. Weiss, Esq.
Chase Weiss & Kehoe LLC
463 Livinston St.
Suite 102 - #156
Norwood, NJ 07648


Mika Meyers Beckett & Jones
900 Monroe Ave NW
Grand Rapids, MI 49503


Moss Bayou Restaurants LLC
7042 FM 1960 Rd E
Humble, TX 77346


Nora Hall
57 Sunlight Dr.
Dillon, CO 80435


Peak Franchise Capital LLC
4100 Spring Valley Rd
Suite 535
Dallas, TX 75244


Pearl Cajuns, LLC
190 Riverwind East Dr.
Suite 307
Pearl, MS 39208


RAD83 Enterprises, LLC
24110 NW Freeway

Suite 100
Cypress, TX 77429


Raymond Griffin
204 Main St.
Frisco, CO 80443

Reagan & Reagan  
512 S Tyler St.  
Covington, LA 70433

Richard Berns  
3525 W Erie St.  
Chandler, AZ 85226

Southern Cavalier LLC  
3612A Pelham Rd  
Greenville, SC 29615

Terrance Thomas  
135 N. Dargan St.  
Florence, SC 29506

The Carolina Cajuns, LLC  
108 Huffman Mill Rd  
Burlington, NC 27215

The Carolina Cajuns, LLC  
9709-A Sam Furr Rd  
Huntersville, NC 28078

U.S. Small Business Administration  
Office of Disaster Assistance  
14925 Kingsport Rd  
Fort Worth, TX 76155

U.S. Small Business Administration  
10737 Gateway West, #300  
El Paso, TX 79935

Verizon  
PO Box 660108  
Dallas, TX 75266-0108

```
Which One's Pink , Inc.
331 South Meldrum St.
Ste 100
Fort Collins, CO 80521


Y&P, LLC
3013 W. 104th Ave
Unit 100
Westminster, CO 80031


Zenreach
1 Letterman Dr.
Building C Suite P500
San Francisco, CA 94129
```