## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

In re:

THE LOST CAJUN ENTERPRISES, LLC,

    Debtor.
_____/

Case No.:  21-12072

Chapter 11

## STATEMENT UNDER § 1116(1)(B)

Pursuant to 11 U.S.C. § 1116(1)(B), the Debtor, The Lost Cajun Enterprises, LLC (the "Debtor"), by and through its Founder, Raymond A. Griffin, hereby states that as to the Debtor's business operations, no cash-flow statement has been prepared.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my information, knowledge and belief.

Executed on April 21, 2021        THE LOST CAJUN ENTERPRISES, LLC


                                              By: /s/ Raymond A. Griffin
                                                  Raymond A. Griffin, Founder