9:50 AM
04/19/21
Cash Basis

# The Lost Cajun Enterprises, LLC
## Balance Sheet
### As of March 31, 2021

|  | Mar 31, 21 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 10000 · 1st Bank | 130,559.75 |
| 10100 · Chase - 2916 | 207,561.11 |
| **Total Checking/Savings** | 338,120.86 |
| **Total Current Assets** | 338,120.86 |
| **TOTAL ASSETS** | **338,120.86** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Credit Cards** | |
| 19010 · Southwest | 2,946.65 |
| **Total Credit Cards** | 2,946.65 |
| **Other Current Liabilities** | |
| 21100 · Direct Deposit Liabilities | 52.45 |
| 21102 · PPP Loan | 85,000.00 |
| 21103 · EIDL | 6,000.00 |
| 21104 · EIDL Loan #2 | 150,000.00 |
| 21105 · PPP #2 | 88,340.00 |
| Total 23000 · Deferred Revenue | 459,625.00 |
| 24000 · Payroll Liabilities | 3,842.86 |
| 25000 · Jon's Buyout | 651,000.00 |
| **Total Other Current Liabilities** | 1,443,860.31 |
| **Total Current Liabilities** | 1,446,806.96 |
| **Total Liabilities** | 1,446,806.96 |
| **Equity** | |
| **Total Equity** | -1,108,686.10 |
| **TOTAL LIABILITIES & EQUITY** | **338,120.86** |