9:50 AM
04/19/21
Cash Basis

# The Lost Cajun Enterprises, LLC
## Profit & Loss
### January through March 2021

|  | Jan - Mar 21 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Total 40000 · Royalty | 266,536.94 |
| **Total Income** | 266,536.94 |
| **Expense** | |
| 60000 · General Expenses | |
| Total 60010 · Rent Expense | 4,473.58 |
| 60040 · Postage and Delivery | 199.01 |
| 60100 · Automobile Expense | 2,092.57 |
| 60103 · Dues and Subscriptions | 215.56 |
| 60105 · Business Licenses and Permits | 130.00 |
| 60110 · Computer and Internet Expenses | 2,026.20 |
| Total 60111 · Storage | 1,979.03 |
| 60113.1 · Consultant | 34,924.25 |
| 60117 · Office Expense | 127.30 |
| 60119 · Office Supplies | 52.35 |
| 60128 · Supplies | 654.34 |
| 60131 · Gift Cards | 120.00 |
| 60133 · Medical Expense | 109.00 |
| Total 61100 · Web-Site | 2,484.81 |
| Total 60000 · General Expenses | 49,588.00 |
| Total 60400 · Bank Service Charges | 435.02 |
| 61000 · Advertising and Promotion | 218.72 |
| Total 65000 · Franchise Advertising & Promo | 907.10 |
| Total 66000 · Payroll Expenses/Wages | 101,393.96 |
| Total 66200 · Company Payroll Expense | 12,460.39 |
| 66600 · Printing and Reproduction | 549.29 |
| Total 66700 · Professional Fees | 47,384.75 |
| Total 68400 · Travel Expense | 1,772.32 |
| Total 68500 · Development | 444.04 |
| Total 68600 · Operations Support | 13,314.26 |
| **Total Expense** | 228,467.85 |
| **Net Ordinary Income** | 38,069.09 |
| **Other Income/Expense** | |
| **Other Income** | |
| Total 70000 · Other Income | 570.42 |
| **Total Other Income** | 570.42 |
| **Net Other Income** | 570.42 |
| **Net Income** | **38,639.51** |