| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **The Lost Cajun Enterprises, LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF COLORADO** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Solutions for Business<br>8479 Solutions Center<br>Chicago, IL 60677-8004 | | Supplier | | | | $14,839.62 |
| FirstBank – Summit County<br>12345 W. Colfax Ave<br>Lakewood, CO 80215 | | Paycheck Protection Program (PPP) loan | | | | $88,340.00 |
| FirstBank – Summit County<br>12345 W. Colfax Ave<br>Lakewood, CO 80215 | | Paycheck Protection Program (PPP) Loan | | | | $85,000.00 |
| FranConnect<br>13865 Sunrise Valley Dr.<br>Suite 150<br>Herndon, VA 20171 | | Supplier | | | | $7,500.00 |
| Jamie Web<br>1228 14th St.<br>Argyle, TX 76226 | | wages | | | | Unknown |
| Joe Koen<br>8520 Essex St. Unit B<br>Denver, CO 80229 | | wages | | | | Unknown |
| Jonathan Espey<br>c/o D. Christopher Carson, Esq.<br>Burr & Forman LLP<br>420 N. 20th St., Suite 3400<br>Birmingham, AL 35203 | | Buy-Sell Agreement of Membership Interests | | | | $651,000.00 |

Debtor **The Lost Cajun Enterprises, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **LEAF Capital Funding, LLC** **1720A Crete St.** **Moberly, MO 65270** | | **Savin MP C2004ex Copier System** | | | | **$8,263.03** |
| **Richard Berns** **3525 W Erie St.** **Chandler, AZ 85226** | | **wages** | | | | **Unknown** |
| **U.S. Small Business Administration Office of Disaster Assistance** **14925 Kingsport Rd** **Fort Worth, TX 76155** | | **All tangible and intangible personal property.** | | $150,000.00 | $0.00 | $150,000.00 |