## THE LOST CAJUN ENTERPRISES, LLC

### LIMITED LIABILITY COMPANY AUTHORIZATION RESOLUTION

The undersigned, being the sole member (the "Member") of The Lost Cajun Enterprises, LLC, a Colorado Limited Liability Company (the "Company"), pursuant to applicable provisions of the Colorado Limited Liability Company Act, and the Company's articles of organization, hereby adopts the following resolutions, and such resolutions have not been amended or rescinded and are now in full force and effect:

**RESOLVED**, that in the judgment of the Member of the Company it is desirable and in the best interests of the Company, its creditors, and other interested parties, that a voluntary petition be filed by the Company in the United States Bankruptcy Court for the District of Colorado (the "Bankruptcy Court"), seeking relief under the provisions of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"), in which the authority to operate as a debtor-in-possession will be sought, and the filing of such petition is authorized hereby; and it is further

**RESOLVED**, that the Manager, Raymond Griffin (as Sole Managing Member), and officer of the Company (the "Authorized Person") is authorized and empowered, on behalf of and in the name of the Company, to execute and verify such petition under Chapter 11 of the Bankruptcy Code and to cause the same to be filed with the Bankruptcy Court at such time as the Authorized Person executing the petitions on behalf of the Company shall determine; and it is further

**RESOLVED**, that the Authorized Person of the Company be, and hereby is authorized, on behalf of and in the name of the Company, to execute and file all petitions, schedules, lists and other papers and to take any and all actions that the Authorized Person may deem necessary or proper in the aforesaid Chapter 11 case (the "Case"); and it is further

**RESOLVED**, that the law firm of Akerman, LLP be, and hereby is, employed under a general retainer as attorneys for the Company and the other affiliated debtor entities in the Case as bankruptcy and reorganization counsel and for all other relevant purposes; and it is further

**RESOLVED**, that the Authorized Person of the Company be, and hereby is, authorized and empowered on behalf of and in the name of the Company, to retain and employ other attorneys, accountants, restructuring professionals, financial advisors and other professionals to assist the Company in connection with the Case on such terms as are deemed necessary, proper or desirable; and it is further

RESOLVED, that the Authorized Person of the Company be, hereby is, respectively authorized and empowered to cause the Company to enter into, execute, deliver, certify, file, record and/or perform, such agreements, instruments, motions, affidavits, applications for approvals or ruling of governmental or regulatory authorities, certificates and other such documents and take any such actions as are, in the Authorized Person's judgment, necessary, proper or desirable to prosecute the Chapter 11 case and to carry out and put into effect the purposes of the foregoing resolutions and the transactions contemplated by these resolutions, the Authorized Person's authority thereunto to be evidenced by the taking of such actions; and it is further

56996827;1

**RESOLVED**, that any and all past actions heretofore taken by the Authorized Person of the Company in the name of and on behalf of the Company, in furtherance of any or all preceding resolutions be, and the same hereby are, ratified, approved and adopted.

IN WITNESS WHEREOF, the undersigned has duly executed these Resolutions on this 17 day of April, 2021.

Raymond Griffin
Sole Manager and Sole Member